# COMPLAINT
(for filers who are prisoners without lawyers)

CLERK USDC EDWI
FILED
2022 JUL 11 P 4:32

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

HOWARD ELWON BURT-BRAZZIEL

v.

Case Number:

(Full name of defendant(s))

22-C-0796
(to be supplied by Clerk of Court)

Milwaukee County Correctional Officers, Glaze, Simmons, Lawson, Knox, Rodriguez
Milwaukee County Jail Food Services Aramark Employees "John DOE or Jane DOE 1-10
County of Milwaukee, Jail Inspector Deputy "Aaron Dobson"

### A. PARTIES

1. Plaintiff is a citizen of **Wisconsin**, and is located at
   (State)

   **Milwaukee County Jail, 949 N. 9th Street, Milwaukee WI, 53233**
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
                                                (Name)
   is (if a person or private corporation) a citizen of _____
                                                         (State, if known)

Complaint – 1

and (if a person) resides at <u>Wisconsin</u>

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Milwaukee County Jail, Milwaukee County Sheriffs Office, Milwaukee County Jail Food Service Aramark, County of Milwaukee</u> (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

## INTRODUCTION

1. On information and belief, all or most parties reside and or resided In the state of Wisconsin, and or Milwaukee County at the time of this Incident, and the events giving rise to the claims asserted herein all occurred within the Milwaukee County Jail, and/or Milwaukee County Sheriffs Office. This Action is brought pursuant to 42 U.S.C.§ 1983 to redress, Unlawful the deprivation Under the color of law. Plantiff Howard Elwon Burt-Brazziel right as Secured by United States Constitution. SS 895.46, Wis. Stats.

2. Plaintiff Howard Elwon Burt-Brazziel date of birth November 11, 1983, was 38 years old.

Complaint – 2

and at all times relevant here was an adult citzen of the United States At the time of 6-11-2022 date of one of the incidents following many other incidents that occured At the Milwaukee County Jail and or Milwaukee County Sheriffs office where Plantiff Howard is being held on charges and and holds from Sauk and Juneau County.

3. Defendant Correctional Officers Glaze, Lawson, Simmons, Knox, Rodriguez, Milwaukee County Jail and or Milwaukee Sheriffs Office Employee were and are or was still A Milwaukee County Jail Correctional Officer and or Milwaukee County Sheriffs Office Employee and are or was A citzen of Wisconsin and of the United States at all times relevant to this complaint, Officer Glaze; Simmons, Lawson, was acting unlawfully forceing Cruel and Unusual Punishment, under the color of law within the meaning 42 U.S.C.S 1983 and within the scope of there employment, Officers Glaze, Simmons, Lawson is being sued and there offical capacity as a Milwaukee County Correctional officer and or Milwaukee County Sheriffs office Employee of Milwaukee County. SS 895.46, Wis. Stats.

4. Defendant "John Doe or Jane Doe" Milwaukee Jail Food Service and or Aramark "John Doe or Jane Doe" were and or still is Milwaukee County Jail Food Service and or Aramark Employees and are or was A citzen of Wisconsin and of the United States at all times relevant to this complaint "John Doe or Jane Doe" was acting unlawfully forcing cruel and Unusual Punishment under the color of law within the meaning of 42 U.S.C.f. 1983 and within scope of his or her employment "John Doe or Jane Doe" Is being sued his or her offical capacity as a Milwaukee County Jail Food Service and or Aramark Employees of Milwaukee County.

Amended Complaint - 3

§ 95.46, Wis. Stats.

5. Defendant Aaron Dobson was at time of the series of unlawful, Cruel and Unsual Punishment was happening at the Milwaukee County Jail, of Milwaukee Jail, Inspector Deputy Aaron Dobson was acting under the color law within the meaning of 42 U.S.C.§ 1983, and within the scope of his employment within the meanings of §95.46, Wis. Stats Aaron Dobson is being sued in his individual and offical Capacities as Jail Inspector of Milwaukee County.

6. The County Milwaukee is a Wisconsin Municipal Corporation with its Principal Place of buisness in Milwaukee Wisconsin.

## General Factual Allegations

1. Plaintiff Howard Elwon Burt-Brazziel on 6-11-2022, Pod 5B Cell:5, Pod officer Glaze At the Milwaukee County Jail around 3:30pm to next day I and my cellmate was locked in ur cell due to our Pod 5B on the 5th floor being locked down supposely cause of short staff, During 2nd shift officer Glaze was doing rounds and I and my cellmate notified officer Glaze that there was fecies and urine water in our cell due to other inmates flooding the Pod he totally disregarded and witness the fecis and urine water in our cell and made us sit in these conditions for several hours, finally pro worker was notified around 8:30pm to get some of the fecis urine water up but the room to our right was still in the same conditions ours and the water came

right back in our cell we notified Officer Glaze and Officer Simmons they made us sit in these unsafe, unhealthy conditions as well as Officer Lawson until the next day along with this its mold as well in our cell, I have asthma and was made to sleep in these unhealthy, unsafe cruel conditions along with this we were still not able to shower from 6-11-2022 till 6-13-2022 this is also while being feed cold meals from these dates this is an violation Cruel and Unusual Punishment to Howard Elwon Burt-Brazziel which is Due Process Violations under the color of law, By Milwaukee County Jail Employees Correctional Officers and our cell remained Unsanitary and Uninhabitable living conditions do to the Milwaukee County Jail not having no cleaning supplies to give me Mr. Howard Elwon Burt-Brazziel to even bleach clean my toilet sink floor as well my toilet was turned off for several hours as well this again occured on 6-18-2022 to 1st shift on 6-19-2022 again on 2nd shift 6-19-2022 was not allowed to shower I was served cold meals again.

Plaintiff Howard Elwon Burt-Brazziel on 6-11-2022 - 6-13-2022, 6-18-2022 - 6-19-2022 times about 7:30 A.m. - 8:00 a.m. Breakfast, 10:50 A.M. to :35 A.M. Lunch, 4:50 p.m. to 6:15 p.m. dinner dates and times when meals
Case 2:22-cv-00796-LA   Filed 07/11/22   Page 5 of 9   Document 1
Amended Complaint 5

And or Milwaukee County Sheriffs Office Kitchen Staff "John Doe or Jane Doe" and or Aramark "John Doe or Jane Doe" served Plaintiff Mr. Brazziel cold meals three times a day on the dates from 06-11-2022 - 06-13-2022, 06-18-2022 - 06-19-2022, Breakfast, Lunch, Dinner. Meals: included, Rice thin meat, pears, slopped 2 Apple Juices, Packets of Springhouse Clear Orange, which is not to total standard nutrition calories A day of 2,000 or 3,000 calories note I am Lactose Tolarant and I'm still being feed diary products and I'm allergic to tomato sauce but still is being feed these meals. This food makes me light headed. I feel sick at times to where I just lay in bed. This is causing me to be scared for my health. Medical Staff I explained this too as well. An Institution have to serve a hot meal which the Milwaukee County Jail Institution went days on serving cold meals on the dates listed which pretty much has become a daily thing Subjecting Plaintiff Howard Elwon Burt-Brazziel to cruel and unusual punishment, Unlawful, Unconstitutional Pratice n office and Under the color of law, A 42 U.S.C.S 1983. 3. 06-11-2022 - 06-13-2022, Plaintiff Howard Elwon Burt-Brazziel and on 06-18-2022 - 06-19-2022 was restricted from recreation time where he could get fresh air or exercise to stay healthy

but Milwaukee County Jail Inspector Amended Complaint -

Aaron Dobson lead the Jail under there unhealthy, uninhabitable, unsanitary conditions which Plaintiff Howard Elwon Burt-Brazziel has had nose bleeds do to the dry Air, living in Unsanitary living condition when theres A Covid-19 crisis also subjecting Plaintiff Howard Elwon Burt-Brazziel to Malnutrition not having a hot meal on the dates provided subjecting Mr. Brazziel to cruel and unusual punishment, Unlawful and Unconstitutnal Pratice in office Aaron Dobson aided to violate Howard Elwon Burt-Brazziel rights that secured by the United States Constitution.

There are Grevienves to support this as well of the allegations to the unhealty, unsanitary, uninhabitable nd Malnutrtion condition here at Milwaukee ounty Jail. This Lawsuit Petition and Motion s accurate given to the best of my Abilities and Knowledge

C. **JURISDICTION**

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

1. Four sets of clean clothes A week, as of now I get two. 2. To stop cease, and desist Unlawful and Unconstitunal Pratices in Office and/or under the color law. 3. To stop Malnutrition feed us protein real meat the standard 2000 to 3,000 calories A day serving for a Grown Man or Woman. 4. To be finacially compensated from all Defendant's being sued in this complaint for Punitive damages to Plaintiff Howard Elwin Burt-Brazziel, for the Amount of $100,000 from each defendant totalling the amount to, $500,000 thousand dollars.

Complaint – 8

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES    ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 20th day of June 2022.

Respectfully Submitted,

*Howard Elwin Butberyial*
Signature of Plaintiff

2022004667, Pod 5B Cell 5 Lower Bed
Plaintiff's Prisoner ID Number

Milwaukee County Jail, 949 N. 9th Street,
Milwaukee, WIS, 53233
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 9

Case 2:22-cv-00796-LA    Filed 07/11/22    Page 9 of 9    Document 1